James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

*Attorneys for Plaintiffs and proposed Liaison Counsel*

| | |
|---|---|
| JOSEPH BRZOZOWSKI, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-2324-MCA-MAH |
| Plaintiff, | **ORDER** |
| v. | |
| ACTAVIS PHARMA, INC.; ACTAVIS, LLC; TEVA PHARMACEUTICALS USA, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; CVS HEALTH CORPORATION; and JOHN DOES 1-100, | |
| Defendants. | |
| KRISTEN WINEINGER, on behalf of herself and all others similarly situated, | Case No. 2:20-cv-2556-BRM-JAD |
| Plaintiff, | |
| v. | |
| GRANULES USA, INC. and GRANULES PHARMACEUTICALS, INC., | |

Defendants.

| | |
|---|---|
| JACQUELINE HARRIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA, LTD.; AUROBINDO USA, INC.; AUROLIFE PHARMA, LLC; HERITAGE PHARMACEUTICALS, INC.; EMCURE PHARMACEUTICALS; RITE-AID CORPORATION; JOHN DOES 1-100,<br><br>Defendants. | Case No. 3:20-cv-3350-BRM-LHG |
| ELAINE WOHLMUTH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA USA, INC.,<br><br>Defendant. | Case No. 3:20-cv-3403-BRM-LHG |

| | |
|---|---|
| MICHAEL HANN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HERITAGE PHARMACEUTICALS, INC. d/b/a AVET PHARMACEUTICALS INC., <br><br> Defendant. | Case No. 3:20-cv-3415-BRM-LHG |
| MOHAMMED RAHMAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | Case No. 2:20-cv-3757-BRM-JAD |
| STELIOS MANTALIS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ASCEND LABORATORIES, LLC, <br><br> Defendant. | Case No. 2:20-cv-4329-BRM-JAD |

MSP RECOVERY CLAIMS, SERIES LLC,
a Delaware entity,

Plaintiff,

v.

AUROBINDO PHARMA, LTD.;
AUROBINDO USA, INC.; AUROLIFE
PHARMA, LLC; HERITAGE
PHARMACEUTICALS, INC.;
EMCURE PHARMACEUTICALS; and
JOHN DOES 1-100;

Defendants.

Case No. 3:20-cv-6609-BRM-LHG

This matter having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C., co-counsel for Plaintiffs in the above-captioned matters, in the presence of all counsel of record, and the Court having read the papers, considering the work done by Proposed Interim Co-Lead Counsel in identifying and investigating potential claims, Proposed Interim Co-Lead and Liaison Counsel's experience in handling class actions, other complex litigation, and claims of the type asserted, Proposed Interim Co-Lead and Liaison Counsel's knowledge of the applicable law, and the resources that Proposed Interim Co-Lead and Liaison Counsel will commit to representing the class, and for good cause appearing,

IT IS THIS __3rd__ day of June 2020,

**ORDERED** as follows:

1.  The Court hereby appoints Scott A. Bursor, Ruben Honik, and Jorge A. Mestre to act as Interim Co-Lead Counsel and James E. Cecchi as Liaison Counsel to act on behalf of all Plaintiffs and the putative Class pursuant to Rule 23(g) with the responsibilities set forth below:

    a.  Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of all Plaintiffs on all matters arising during pretrial and trial proceedings;

    b.  Coordinate the initiation and conduct of discovery on behalf of the Plaintiffs and the putative Class consistent with the Federal Rules of Civil Procedure, including preparing joint interrogatories, requests for production of documents, requests for admissions and the examination of witnesses in depositions;

    c.  Convene meetings among Plaintiffs' counsel;

    d.  Communicate with defense counsel as necessary to promote the efficient advancement of the litigation;

    e.  Negotiate and enter into stipulations with defense counsel as necessary to promote the efficient advancement of this litigation;

    f.  Direct, supervise and monitor the activities of Plaintiffs' counsel to

ensure that schedules are met, and unnecessary expenditures of time and funds are avoided;

g.      Perform such other duties as may be incidental to the proper coordination of Plaintiffs' activities or authorized by further order of the Court;

h.      File any consolidated complaint, motions, briefs, discovery requests or objections, subpoenas, or notices on behalf of all Plaintiffs or those Plaintiffs filing the particular papers;

i.      Employ and consult with all Plaintiffs' experts;

j.      Conduct settlement discussions with defense counsel on behalf of all Plaintiffs and the putative class; and

k.      Inform all Plaintiffs of the progress of this litigation as necessary.

2.    The above-captioned matters are consolidated for all purposes including trial under docket number 2:20-cv-02324 and will bear the following caption:

| | |
|---|---|
| IN RE METFORMIN MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 2:20-cv-2324 |

3.    This Order applies to all actions filed in, transferred to, or removed to this Court relating to the subject matter at issue in these matters.

4.      Within 30 days of the entry of this Order, Plaintiffs will file a single consolidated amended complaint. This complaint will supersede all prior complaints filed in these actions.

THE HONORABLE MADELINE COX ARLEO
United States District Judge