IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| MASAO HENDRIX, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>AVKARE INC., and AMNEAL<br>PHARMACEUTICALS, INC.,<br><br>      Defendants. | No. 2:20-cv-8713-MCA<br>Hon. Madeline Cox Arleo<br>Hon. Michael A. Hammer |

**PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE**

COMES NOW, Plaintiff Masao Hendrix ("Plaintiff"), by and through counsel, who files this Unopposed Motion to Consolidate this Action into *In re: Metformin Marketing and Sales Practices Litigation*, 2:20cv2324-MCA (D.N.J.).

For the same reasons set forth in the Court's Order in *In re Metformin* (Dkt. No. 76), consolidation of the above-captioned matter into *In re Metformin* is also appropriate. The allegations of the above-captioned case mirror those of the consolidated cases, and Defendants AvKARE Inc. and Amneal Pharmaceuticals, Inc. ("Defendants") do not oppose consolidation of this matter with the *In re Metformin* matter. (*See In re: Metformin*, No. 2:20cv2324, at Dkt. No. 76.) In addition, the above-captioned action was only transferred to the District of New Jersey after the filing of the consolidated complaint in the lead case, which is why it was not subject to the recent consolidation order.

As the Defendants in the above-captioned matter were not served in connection with the *In re Metformin* matter, the motion to dismiss filed by defendants in *In re Metformin* on October 8,

2020 was not filed on behalf of these entities. The parties agree that within 10 days of consolidation being ordered, Defendants will file a motion to dismiss on behalf of these entities and that the remainder of the briefing schedule shall match the schedule currently in place in *In re Metformin.*

For the foregoing reasons, Plaintiff respectfully requests that the Court enter a consolidation order and consolidate this action with the lead case, *In re: Metformin*, No. 2:20-cv-2324.

Dated: October 9, 2020

Respectfully Submitted,

*/s/ David J. Stanoch*
David J. Stanoch
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
d.stanoch@kanner-law.com

Ruben Honik
GOLOMB & HONIK, P.C.
1835 Market Street, Ste. 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
rhonik@golombhonik.com

SO ORDERED:

Michael A. Hammer
Michael A. Hammer, U.S.M.J.

Dated: October 13, 2020