## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

|  |  |
|---|---|
| RONALD WORTHEN, <br><br>     Plaintiff, <br><br> v. <br><br> AVKARE INC., and AMNEAL <br> PHARMACEUTICALS, INC., <br><br><br>     Defendants. | No. 2:20-cv-14052 <br> Hon. Madeline Cox Arleo <br> Hon. Michael A. Hammer |

## <u>ORDER</u>

And now, this 9th day of December, 2020, upon Plaintiff's Unopposed Motion to Consolidate this Action into *In re: Metformin Marketing and Sales Practices Litigation*, 2:20-cv-2324-MCA (D.N.J.), it is hereby ORDERED that the motion is GRANTED. This class action is consolidated for discovery and pretrial purposes only with *In re Metformin*, 2:20-cv-2324. Upon formal motion, any party may move to consolidate for trial.

IT IS FURTHER ORDERED, by agreement of the parties, that Defendants shall answer or otherwise respond to the complaint in this class action within 30 days of the date of this order.


SO ORDERED,


  s/ Michael A. Hammer
Michael A. Hammer, U.S.M.J.