**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: METFORMIN MARKETING AND SALES PRACTICES LITIGATION | CIVIL ACTION NO. 2:20-cv-2324-MCA-MAH **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE AUROBINDO ENTITIES ONLY** |

Pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure, Plaintiffs and the Aurobindo Entities[1] hereby stipulate to the dismissal of this case in its entirety, without prejudice, as to the Aurobindo Entities only, with each party to bear its own costs and attorneys' fees. Plaintiffs expressly do not dismiss any claims against any entities other than the Aurobindo Entities.

---

[1] For purposes of this Stipulation, "Aurobindo Entities" means specially appearing defendant Aurobindo Pharma Ltd., and defendants Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC.

1

Dated:        May 31, 2023                    Respectfully submitted,

**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.**

*/s/ James E. Cecchi*
James E. Cecchi, Esq.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
E-mail: jcecchi@carellabyrne.com

*Interim Liaison Counsel for Plaintiffs*

**BURSOR & FISHER, P.A.**

Scott A. Bursor, Esq. (*Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
E-mail: sbursor@bursor.com

**HONIK LLC**

Ruben Honik, Esq.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel : (267) 435-1300
E-mail: ruben@honiklaw.com

**RIVERO MESTRE LLP**

Jorge A. Mestre, Esq. (*Pro Hac Vice*)
2525 Ponce de Leon Blvd, Suite 1000
Miami, FL 33134
Tel: (305) 445-2500
E-mail: jmestre@riveromestre.com

*On Behalf of All Plaintiffs*

**ULMER & BERNE LLP**

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove, Esq.
pcosgrove@ulmer.com
Kevin M. Bandy, Esq.
(admitted *pro hac vice*)
kbandy@ulmer.com
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Tel:   (513) 698-5000
Fax:   (513) 698-5001

Joshua A. Klarfeld, Esq.
jklarfeld@ulmer.com
(admitted *pro hac vice*)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel:   (216) 583-7192
Fax:   (216) 583-8007

*Counsel for Specially Appearing Defendant Aurobindo Pharma Ltd., and Defendants Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2023, I have caused the foregoing to be filed and served upon all counsel of record via ECF.

<u>*/s/ James E. Cecchi*</u>
James E. Cecchi, Esq.
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
E-mail: jcecchi@carellabyrne.com