UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE METFORMIN MARKETING AND SALES PRACTICES LITIGATION | Civil Action No. 20-2324(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Order to Show cause issued by Judge Hammer directing defendant to show cause in writing why this matter should not be dismissed, Dkt. No. 331;

and it appearing that Judge Hammer issued a Report and Recommendation dated September 27, 2023, in which Judge Hammer recommended that this Court dismiss the matter with prejudice for failure to prosecute Dkt. No. 356; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 13th day of November, 2023,

**ORDERED** that Judge Hammer's Report and Recommendation dated September 27, 2023 is **ADOPTED** and this matter shall be **CLOSED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**