**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE:  METFORMIN MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:20-cv-2324-MCA-MAH |
|  | Hon. Madeline Cox Arleo |
|  | Hon. Michael A. Hammer |

## ORDER

**AND NOW**, on this ___13___ day of ___March___, 2024, upon consideration of the attached Stipulation, which applies to Civil Action 2:20-cv-2324, it is hereby **ORDERED** that the Stipulation is **APPROVED** and Emcure Pharmaceuticals, Ltd. is hereby dismissed without prejudice from this Action, with each to bear its own attorneys' fees and costs.

It is so **ORDERED**.

BY THE COURT:

_____
Honorable Judge Madeline Cox Arleo