**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Metformin Marketing and Sales Practices Litigation* | Case No. 2:20-cv-2324-MCA-MAH |

**JOINT STIPULATION OF DISMISSAL OF ASCEND LABORATORIES, LLC AND ALKEM LABORATORIES, LTD.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs in the above-captioned action and Defendants Ascend Laboratories, LLC and Alkem Laboratories, Ltd., acting through their counsel, hereby stipulate as follows:

1.     All of Plaintiff Stelios Mantalis's claims against all Defendants, including but not limited to Ascend Laboratories, LLC and Alkem Laboratories, Ltd., are dismissed with prejudice.

2.     All of MSP Recovery Claims, Series LLC's claims against Ascend Laboratories, LLC and Alkem Laboratories, Ltd. only are dismissed with prejudice. All other claims brought by MSP Recovery Claims, Series LLC remain pending.

3.     All of County of Monmouth's claims against Ascend Laboratories, LLC and Alkem Laboratories, Ltd. only are dismissed with prejudice.  All other claims brought by County of Monmouth remain pending.

1

4.    All of Ohio Carpenters' Health Fund's claims against Ascend Laboratories, LLC and Alkem Laboratories, Ltd. only are dismissed with prejudice. All other claims brought by Ohio Carpenters' Health Fund remain pending.

5.    Each party is to bear its or his own attorneys' fees and costs.

Dated: June 5, 2024                         Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
/s/ *James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Tel:: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com
kcooper@carellabyrne.com

**KANNER & WHITELY, LLC**
Conlee Whiteley
Allan Kanner
David J. Stanoch
Annemieke Tennis
701 Camp Street
New Orleans, LA 70130
Tel: (504)-524-5777
a.kanner@kanner-law.com
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
a.tennis@kanner-law.com

**BURSOR & FISHER, P.A.**

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

/s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi
411 Hackensack Avenue, Suite 305
Hackensack, NJ 07601
Tel: 302.442.7010
KCapuzzi@beneschlaw.com

Craig L. Sanders (*pro hac vice*)
71 South Wacker Dr, Suite 1600
Chicago, IL 60606
Tel: 312.624.6332
CSanders@beneschlaw.com

*Attorneys for Ascend Laboratories, LLC*

2

Scott A. Bursor (*Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
scott@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd
Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
mroberts@bursor.com

**NIGH, GOLDENBERG, RASO &
VAUGHN, PLLC**
Daniel Nigh (*Pro Hac Vice Pending*)
Marlene J. Goldenberg (*Pro Hac Vice*)
14 Ridge Square NW, 3rd Floor
Washington, DC 20016
Tel: 202-978-2228
Fax: 202-792-7927

**HONIK LLC**
Ruben Honik
1515 Market Street, Ste. 1100
Philadelphia, PA 19102
Phone (267) 435-1300
rhonik@honiklaw.com

**MSP RECOVERY LAW FIRM**
Janpaul Portal (*Pro Hac Vice*)
2701 S. Le Jeune Road, 10th Floor
Coral Gables, FL 33134

*Counsel for Plaintiffs*

SO ORDERED

_s/Madeline Cox Arleo_____
MADELINE COX ARLEO, U.S.D.J.

Date: 6/14/24

3