## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re: Metformin Marketing and Sales Practices Litigation* | Case No. 2:20-cv-2324-MCA-MAH |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, OF WALGREEN CO. AND WALGREENS BOOTS ALLIANCE, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs in the above-captioned action and Defendant Walgreen Co. (incorrectly named as Walgreens Boots Alliance, Inc.), by and through their respective counsel, hereby stipulate as follows:

1.    All of Plaintiff Michael Hann's claims against Walgreen Co. and Walgreens Boots Alliance, Inc. shall be dismissed with prejudice.

2.    Because no other Consumer Plaintiff or any Third-Party Payor Plaintiff asserts claims against Walgreen Co. or Walgreens Boots Alliance, Inc. in the above-captioned action, Walgreen Co. and Walgreens Boots Alliance, Inc. shall be dismissed in full, with prejudice, from the action.

3.    Each party shall bear its own fees and costs.

1

Dated: December 10, 2024

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

*/s/ James E. Cecchi*

James E. Cecchi
Donald Ecklund
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com
kcooper@carellabyrne.com


**KANNER & WHITELY, LLC**

Conlee Whiteley
Allan Kanner
David J. Stanoch
Annemieke Tennis
701 Camp Street
New Orleans, LA 70130
Tel: (504)-524-5777
a.kanner@kanner-law.com
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
a.tennis@kanner-law.com

**BURSOR & FISHER, P.A.**

Scott A. Bursor (*Pro Hac Vice)*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
scott@bursor.com

**BARNES & THORNBURG LLP**

*/s/ Nadine S. Kohane*

Nadine S. Kohane (NJ Bar No. 013272012)
390 Madison Avenue, 12th Floor
New York, NY 10017
Tel: (646) 746-2035
Fax: (646) 746-2001
nadine.kohane@btlaw.com

Kristen L. Richer (*admitted pro hac vice*)
2029 Century Park East
Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3896
Fax: (310) 284-3894
kristen.richer@btlaw.com

Sarah Jin (*admitted pro hac vice*)
One N. Wacker Drive
Suite 4400
Chicago, IL 60606-2833
Tel: (312) 214-5645
Fax: (312) 759-5646
sarah.jin@btlaw.com

*Attorneys for Defendant Walgreen Co. (incorrectly named as Walgreens Boots Alliance, Inc.)*

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas,
32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
mroberts@bursor.com

**NIGH, GOLDENBERG, RASO & VAUGHN, PLLC**
Daniel Nigh (*Pro Hac Vice)*
Marlene J. Goldenberg (*Pro Hac Vice)*
14 Ridge Square NW, 3rd Floor
Washington, DC 20016
Tel: 202-978-2228
Fax: 202-792-7927

**HONIK LLC**
Ruben Honik
1515 Market Street, Ste. 1100
Philadelphia, PA 19102
Phone (267) 435-1300
rhonik@honiklaw.com

**MSP RECOVERY LAW FIRM**
Janpaul Portal, Esq.
2701 S. Le Jeune Road, 10th Floor
Coral Gables, FL 33134

*Counsel for Plaintiffs*

SO ORDERED

_____
MADELINE COX ARLEO, U.S.D.J.

Dec 18-2024

3