UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Metformin Marketing and Sales Practices Litigation | Civil Action No.: 2:20-cv-2324-MCA-MAH |

**STIPULATION AND [~~PROPOSED~~] ORDER BETWEEN PLAINTIFF MSP RECOVERY CLAIMS, SERIES LLC AND MANUFACTURER DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff MSP Recovery Claims Series, LLC ("MSPRC") and Defendants Granules USA, Inc., Granules Pharmaceuticals, Inc., Heritage Pharmaceuticals, Inc. d/b/a Avet Pharmaceuticals Inc., Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals of New York, LLC Teva Pharmaceuticals USA, Inc., Actavis Pharma, Inc., and Actavis LLC (collectively, "Manufacturer Defendants"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims of MSPRC's assignors, Aspire Health Plan and Blue Cross and Blue Shield of Rhode Island, whether individually or as a putative class member, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated this 19th day of May, 2025.

Respectfully, submitted.

Agreed as to form and substance:

**MSP RECOVERY LAW FIRM**

*/s/ Janpaul Portal*
Janpaul Portal (*Pro Hac Vice*)
3150 S.W. 38th Avenue, 11th Floor
Miami, FL 33146
Telephone: (305) 614-2222
jportal@msprecoverylawfirm.com

**WALSH PIZZI O'REILLY FALANGA LLP**

*/s/ Christine Gannon*
Liza M. Walsh
Christine I. Gannon
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
*/s/ James E. Cecchi*
JAMES E. CECCHI
5 Becker Farm Road
Roseland, NJ 07068
(973-994-1700
jcecchi@carellabyrne.com

*Counsel for Plaintiff MSP Recovery Claims Series, LLC.*

Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

**GREENBERG TRAURIG, LLP**
Lori G. Cohen (pro hac vice)
Victoria D. Lockard (pro hac vice)
Steven M. Harkins (pro hac vice)
Bardia Sergent (pro hac vice)
GREENBERG TRAURIG, LLP
3333 Piedmont Rd.,
NE Suite 2500
Atlanta, Georgia 30305
(678) 553-2385

Gregory E. Ostfeld (pro hac vice)
GREENBERG TRAURIG, LLP
77 W Wacker Dr
Ste 3100
Chicago, IL 60601
312-456-8400

Nilda M. Isidro (pro hac vice)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9335

*Attorneys for Actavis Pharma, Inc., Actavis LLC, improperly named as Actavis, LLC, and Teva Pharmaceuticals USA, Inc.*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Melissa A. Chuderewicz*
Melissa A. Chuderewicz
Ronni E. Fuchs
301 Carnegie Center Dr #400
Princeton, NJ 08540
Tel: 609-951-4118
Melissa.Chuderewicz@troutman.com
Ronni.Fuchs@troutman.com

Robin P. Sumner *(pro hac vice)*
Melissa H. O'Donnell *(pro hac vice)*

3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Tel: 215-981-4652
Robin.Sumner@troutman.com
Melissa.ODonnell@troutman.com

*Attorneys for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Amneal Pharmaceuticals of New York, LLC*

**LEWIS BRISBOIS BISGAARD & SMITH**
*/s/ Asher A. Block*
Asher A. Block, Esquire
Attorney ID: 074152014
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
(215) 977-4100
Asher.Block@lewisbrisbois.com

*Counsel for Defendants, Granules USA, Inc., and Heritage Pharmaceuticals Inc. d/b/a Avet Pharmaceuticals Inc*

SO ORDERED on this 21 day of May 2025.

**HONORABLE** Madeline Cox Arleo
**UNITED STATES** District **JUDGE**